USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/29/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTA PARTNERS, LLC,

                          Plaintiff,

-against-

BRC INC.,

                          Defendant.

24 Civ. 3741 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

      The parties sought a determination of relatedness between this action and *Tang Capital Partners, L.P. v. BRC Inc.*, No. 22 Civ. 3476. ECF No. 3. The Court determined that the cases were related. Dkt. Entry 5/29/24. The parties in the earlier-filed case, *Tang Capital*, consented to the jurisdiction of the Honorable Robert W. Lehrburger. *Tang*, No. 22 Civ. 3476, ECF No. 22. The Court has referred the parties to Judge Lehrburger's supervision for general pretrial purposes. ECF No. 11.

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      If all parties consent to proceed before the Magistrate Judge, counsel for Defendant shall, by **June 12, 2024**, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the docket. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

      If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by **June 12, 2024**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

      SO ORDERED.

Dated: May 29, 2024
       New York, New York

ANALISA TORRES
United States District Judge